UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                  CASE: A16-52096-SMS

ROBERT LEE STARKS                                 CHAPTER 13

**Debtor**

### Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

COMES NOW Mary Ida Townson, Standing Chapter 13 Trustee herein, and files this her Motion to Dismiss Case for Failure to Make Plan Payments, respectfully showing the Court the following.

1.

The Debtor filed for relief under Chapter 13 of Title 11 on February 02, 2016.

2.

The Debtor has failed to comply with the terms of the confirmed plan. As of July 13, 2020, the Debtor should have paid $23,850.00. The Debtor has paid a total of $21,709.77, causing a delinquency of $2,140.23.

3.

The Debtor's case will extend longer than sixty (60) months, contrary to 11. U.S.C. § 1322(d).

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

Dated: 7/17/2020                                   Respectfully submitted,


                                                   _/s/_____
                                                   Mary Ida Townson, Attorney
                                                   Standing Chapter 13 Trustee
                                                   GA Bar No. 715063
                                                   285 Peachtree Center Ave, Suite 1600
                                                   Atlanta, GA  30303-1229
                                                   maryidat@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                                                                            CASE: A16-52096-SMS

ROBERT LEE STARKS                                                                  CHAPTER 13

**Debtor**

**Notice of Hearing on Trustee's Motion to Dismiss Case for Failure to Make Plan Payments**

    PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion to Dismiss Case for Failure to Make Plan Payments and related exhibits with the Court seeking an order of dismissal.

    PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **August 18, 2020** at **9:45 AM** in **Courtroom 1201, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA, 30303**.

    Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA, 30303**. You must also mail a copy of your response to the undersigned at the address stated below.

    Given the current public health crisis, hearings may be telephonic only. Please check the "[Important Information Regarding Court Operations During COVID-19 Outbreak](#)" **tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Dated: 7/17/2020

                                                      Respectfully submitted,

                                                      _/s/_____
                                                      Mary Ida Townson, Attorney
                                                      Standing Chapter 13 Trustee
                                                      GA Bar No. 715063

A16-52096-SMS

## CERTIFICATE OF SERVICE

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

ROBERT LEE STARKS
20811 NW 32ND AVE
MIAMI GARDENS, FL 33056

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SLIPAKOFF & SLOMKA, PC

Dated: July 17, 2020

                                                                 Respectfully submitted,

                                                                 _/s/_____
                                                                 Mary Ida Townson, Attorney
                                                                 Standing Chapter 13 Trustee
                                                                GA Bar No. 715063
                                                                285 Peachtree Center Ave, Suite 1600
                                                                Atlanta, GA  30303-1229
                                                                (404) 525-1110
                                                               maryidat@atlch13tt.com