**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                                              **CASE: A16-52096-SMS**

ROBERT LEE STARKS                                   **CHAPTER 13**

**Debtor**

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW N. WHALEY, Interim Chapter 13 Trustee, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment(s):

Check Number:    1148
Check Date:       09/24/2021

| Payee Name | Amount |
| --- | --- |
| PEERFORM, INC | $720.45 |
| Court Claim Number: 2 | |
| ARGON CREDIT | $1,846.50 |
| Court Claim Number: 8 | |

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

I further certify that I have on this day, September 27, 2021, electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SLIPAKOFF & SLOMKA, PC

Respectfully submitted,

_/s/_____

N. Whaley, Interim Chapter 13 Trustee
GA Bar No. 377941
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
nancyw@atlch13tt.com